IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB TODD HOWARD                                                                                   PLAINTIFF
#202300138

v.                                              3:24CV00223-DPM-JTK

SHEILA ROBERTSON, et al.                                                                        DEFENDANTS

## ORDER

Having reviewed Jacob Todd Howard's ("Plaintiff") Amended Complaint (Doc. No. 6) for screening purposes,[1] the Court concludes service of Plaintiff's conditions of confinement claim against Defendants Brad Snyder, Sheila Robertson, Jacob White, and Payton is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Brad Snyder, Sheila Robertson, Jacob White, and Payton. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 6), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore. Service should be attempted through the Greene County Sheriff's Department, 1809 Rockingchair Road, Paragould, AR 72450.

Dated this 13th day of January, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).