IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB TODD HOWARD
ADC # 186731                                          PLAINTIFF

v.                   No. 3:24-cv-223-DPM-JTK

SHEILA ROBERTSON, Jail
Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center;
ANTHONY CARTER, Healthcare
Provider, Turnkey Health LLC Clinics;
BRAD SNYDER, Sheriff, Greene County
Detention Center; CODY HOWE,
Compliance Officer, Greene County
Detention Center; JASMINE SANCHEZ,
Compliance Officer/Sgt., Greene County
Detention Center; ALLISON REDDING,
Head Nurse, Greene County Detention
Center; CAM, Sgt., Greene County
Detention Center; ALISHA, Sgt., Greene
County Detention Center; and PAYTON,
Cpl., Greene County Detention Center          DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 9*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Howard's conditions of confinement claims against Sheriff Snyder, Robertson, White, and Corporal Payton in their official and individual capacities

go forward. His remaining claims are dismissed without prejudice. The Court instructs the Clerk to terminate Carter, Howe, Sanchez, Redding, Sergeant Cam, and Sergeant Alisha as defendants in this case. Any *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 February 2025