# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JACOB TODD HOWARD                                                                    PLAINTIFF
#202300138

v.                                           3:24CV00223-DPM-JTK

SHEILA ROBERTSON, et al.                                                            DEFENDANTS

## ORDER

On January 13, 2025, the Court directed service on Defendant Sheila Robertson, among others.  (Doc. No. 8).   On February 28, 2025, summons on Defendant Robertson was returned unexecuted with the notation "retired."  (Doc. No. 19 at 2).   Counsel for Defendants White, Snyder, and Does is directed to provide, under seal, a last known address for Defendant Robertson within 10 days of the date of this Order.   The address will be maintained under seal.

IT IS SO ORDERED this 13th day of March, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE