IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB TODD HOWARD                                                                               PLAINTIFF
#202300138

v.                                          3:24CV00223-DPM-JTK

SHEILA ROBERTSON, et al.                                                                     DEFENDANTS

**ORDER**

On January 13, 2025, the Court directed service of Plaintiff's claims on Defendant Sheila Robertson, among others. (Doc. No. 8). Summons for Defendant Robertson was returned unexecuted with the notation "retired." (Doc. No. 19). The Court was provided a last known address for Defendant Robertson; the address will be maintained under seal. (Doc. No. 22). Accordingly, the Court once more will attempt service on Defendant Robertson.

The Clerk of the Court is directed to prepare Summons for Defendant Sheila Robertson. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 6), Summons, and this Order on Defendant Robertson without prepayment of fees and costs or security therefore. Service for Defendant Robertson should be attempted at the address maintained under seal. (Doc. No. 22).

IT IS SO ORDERED this 5th day of May, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE