# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JACOB TODD HOWARD  PLAINTIFF
#202300138

v.  3:24CV00223-DPM-JTK

SHEILA ROBERTSON, et al.  DEFENDANTS

## ORDER

On June 9, 2025, Ali Brady Noland entered an appearance on behalf of Defendants. (Doc. No. 26). On April 10, 2025, Jennifer L. Merritt, current counsel of record for Defendants, left the Association of Arkansas Counties and responsibility inside the firm was transferred to Ali Noland. Accordingly, Defendants' Motion to Substitute Attorney (Doc. No. 27) is GRANTED.

IT IS SO ORDERED this 11th day of June, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE