**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JACOB TODD HOWARD                                                                 PLAINTIFF
#202300138

v.                                          3:24CV00223-DPM-JTK

SHEILA ROBERTSON, et al.                                                        DEFENDANTS

## ORDER

Defendants, through counsel, have filed an Answer to Plaintiff's Complaint and supplied

their full and correct names.   (Doc. Nos. 18, 34).   The Clerk of the Court is directed to change

the style of the case to reflect the full and correct names of all Defendants.   The Court notes that

Defendant Payton Johnson was previously identified as Doe.

IT IS SO ORDERED this 23rd day of July, 2025.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE