IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB TODD HOWARD                                                    PLAINTIFF
ADC # 186731

v.                          No. 3:24-cv-223-DPM

SHEILA ROBERTSON, Jail
Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center; BRAD
SNYDER, Sheriff, Greene County
Detention Center; and PAYTON
JOHNSON, Officer                                                    DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 42*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 38*, granted. Howard's conditions of confinement claims against Sheriff Snyder, Robertson, White, and Officer Johnson are dismissed without prejudice for failure to exhaust. His amended complaint will be dismissed without prejudice. Any *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025