IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACOB TODD HOWARD                                                    PLAINTIFF
ADC # 186731

v.                          No. 3:24-cv-223-DPM-JTK

SHEILA ROBERTSON, Jail
Administrator, Greene County Detention
Center; JACOB WHITE, Jail Supervisor,
Greene County Detention Center;
ANTHONY CARTER, Healthcare
Provider, Turnkey Health LLC Clinics;
BRAD SNYDER, Sheriff, Greene County
Detention Center; CODY HOWE,
Compliance Officer, Greene County
Detention Center; JASMINE SANCHEZ,
Compliance Officer/Sgt., Greene County
Detention Center; ALLISON REDDING,
Head Nurse, Greene County Detention
Center; and PAYTON JOHNSON, Officer                                  DEFENDANTS

## JUDGMENT

Howard's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 December 2025